110 P.3d 418

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 26, 2005**

| | | |
|---|---|---|
| 25843 | State v. Edralin | Affirmed |
| 26156 | State v. Gleich | Affirmed |

**May 6, 2005**

| | | |
|---|---|---|
| 26060 | State v. Narmore | Affirmed |
| 26107 | State v. Narmore | Affirmed |
| 26337 | State v. Praino | Reversed |
| 26468 | Villiarimo v. Aloha Airlines, Inc. | Affirmed |